1  M. Taylor Florence, SBN 159695
   Daniel N. Ballard, SBN 219223
2  BULLIVANT HOUSER BAILEY PC
   1415 L Street, Suite 1000
3  Sacramento, California  95814
   Telephone:     (916) 930-2500
4  Facsimile:      (916) 930-2501
   E-mail: taylor.florence@bullivant.com
5  E-mail: daniel.ballard@bullivant.com

6  Attorneys for Defendants,
   M&M GUTTERS, LLC and THERMAL
7  TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYLIN HEATING SYSTEMS, INC., a California corporation, doing business as BYLIN ENGINEERED SYSTEMS,<br><br>            Plaintiff,<br><br>    vs.<br><br>M&M GUTTERS, LLC, a Utah Limited Liability Company; THERMAL TECHNOLOGIES, INC., a Utah Corporation; ROOF ICE MELT SYSTEMS, INC., a Utah Corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 2:07-CV-00505-FCD-KJM<br><br>**STIPULATION AND ORDER FOR TIME TO CONDUCT ALTERNATIVE DISPUTE RESOLUTION** |

   PLEASE BE ON NOTICE  that all the Parties in this action have determined and agreed that alternative dispute resolution in the form of mediation may lead to an early resolution of all matters in dispute in this action.

   While counsel have considered participating in the Court's Voluntary Dispute Resolution Program ("VDRP"), the Parties believe and agree that the complexity of this case requires the services of a professional mediator with expertise and experience in patent litigation.  The Parties, therefore, would like to pursue private mediation, though with the same expectations and within the same template normally reserved by the Court for cases assigned to VDRP.

   Concurrent with this Stipulation, the Parties have entered into a Standstill Agreement

providing, among other things, that the Parties refrain from all litigation conduct that involves activities or procedures in which another Party is entitled or required to participate, including discovery. The Standstill Agreement becomes effective only if and when the Court enters this Stipulation as an Order.

THE PARTIES REQUEST AN ORDER, and hereby stipulate, that:

1. The Parties have ninety (90) days from the date of the entry of this Order to conduct alternative dispute resolution,

2. The Parties engage in their Rule 26 conference no later than fourteen (14) days after the alternative dispute resolution proceeding, and

3. The Parties shall file a Joint Status Report and Discovery Plan no later than fourteen (14) days after the Rule 26 conference.

Consent for the filing of this Stipulation was granted by Plaintiff's attorney Glenn Peterson via an email exchange with the undersigned on May 3, 2007.

DATED: May 3, 2007                      BULLIVANT HOUSER BAILEY PC

                                                      By:   /s/ DANIEL N. BALLARD
                                                      Daniel N. Ballard
                                                      Attorneys for Defendants

DATED: May 3, 2007                      MILLSTONE PETERSON & WATTS, LLP
                                                        *ATTORNEYS AT LAW*

                                                      By:   /s/ GLENN W. PETERSON
                                                      Glenn W. Peterson
                                                      Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: May 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR TIME TO CONDUCT ADR**