M. Taylor Florence, SBN 159695
Daniel N. Ballard, SBN 219223
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California  95814
Telephone:    (916) 930-2500
Facsimile:    (916) 930-2501
E-mail: taylor.florence@bullivant.com
E-mail: daniel.ballard@bullivant.com

Attorneys for Defendants,
M&M GUTTERS, LLC and THERMAL TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYLIN HEATING SYSTEMS, INC., a California corporation, doing business as BYLIN ENGINEERED SYSTEMS,<br><br>Plaintiff,<br><br>vs.<br><br>M&M GUTTERS, LLC, a Utah Limited Liability Company; THERMAL TECHNOLOGIES, INC., a Utah Corporation; ROOF ICE MELT SYSTEMS, INC., a Utah Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:07-CV-00505-FCD-KJM<br><br>**STIPULATION AND ORDER FOR ENTRY OF SECOND AMENDED COMPLAINT** |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and Local Rule 6-144, Plaintiff BYLIN HEATING SYSTEMS, INC., and Defendant THERMAL TECHNOLOGIES, INC., dba Roof Ice Melt Systems, Inc. (the latter erroneously sued separately) hereby stipulate and agree as follows:

1.   Plaintiff timely filed a First Amended Complaint on March 21, 2007 which was personally served on Defendants on March 22, 2007.

2.   On March 28, 2007, Defendants' counsel sent Plaintiff's counsel a letter explaining, with citations to law, certain deficiencies in the First Amended Complaint which Defendants contend renders each claim in that complaint susceptible to dismissal.

///

3. On March 30, the Parties filed a Stipulation noting their discussions regarding Plaintiff's potential amendments to the First Amended Complaint and permitting Defendants additional time, until May 7, 2007, to respond to the First Amended Complaint.

4. On May 3, 2007, the Parties entered into a Standstill Agreement and sought an Order from the Court for time to conduct alternative dispute resolution. The Court granted the Parties request to refrain from all required litigation conduct until August 2, 2007. After that date, the Parties are obligated to re-engage in litigation, to hold their Rule 26 conference by August 16, 2007, and to submit their Rule 26 case management report by August 30, 2007.

5. The Parties participated in a mediation on June 21, 2007 and also engaged in post-mediation discussions. Although progress was made, the Parties were unable to reach an agreement that fully resolved their dispute.

6. Plaintiff drafted a Second Amended Complaint. Defendants contend that the Second Amended Complaint fails to state any claims for which relief can be granted.

7. Defendants agree that for procedural efficiency and convenience only, Plaintiff may file its Second Amended Complaint. Defendants' stipulation to this filing in no way concedes the merit of any claims or the truth of any facts asserted in the Second Amended Complaint. The Parties acknowledge that Defendants intend to move to dismiss one or more claims in the Second Amended Complaint.

8. THE PARTIES REQUEST AN ORDER, and hereby stipulate, that:

    a) Plaintiff shall file its Second Amended Complaint no later than August 10, 2007;

    b) Defendants shall respond to the Second Amended Complaint no later than twenty days after its filing;

    c) The Parties shall hold their Rule 26 conference by August 16, 2007;

    d) The Parties shall submit their Rule 26 case management report by August 30, 2007.

///

///

9. Consent for the filing of this Stipulation was granted by Plaintiff's attorney Glenn Peterson via an e-mail exchange with the undersigned on August 3, 2007.

DATED:  August 3, 2007        BULLIVANT HOUSER BAILEY PC

By:     /s/ DANIEL N. BALLARD
        Daniel N. Ballard
        Attorneys for Defendants


DATED:  August 3, 2007        MILLSTONE PETERSON & WATTS, LLP
                              *ATTORNEYS AT LAW*

By:     /s/ GLENN W. PETERSON
        Glenn W. Peterson
        Attorneys for Plaintiffs


IT IS SO ORDERED.

Date:  August 3, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER REGARDING ENTRY OF SECOND AMENDED COMPLAINT**