1  M. Taylor Florence, SBN 159695
   Daniel N. Ballard, SBN 219223
2  BULLIVANT HOUSER BAILEY PC
   1415 L Street, Suite 1000
3  Sacramento, California  95814
   Telephone:    (916) 930-2500
4  Facsimile:    (916) 930-2501
   E-mail: taylor.florence@bullivant.com
5  E-mail: daniel.ballard@bullivant.com

6  Attorneys for Defendants,
   Thermal Technologies, Inc.
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 BYLIN HEATING SYSTEMS, INC., a          **Case No.: 2:07-CV-00505-FCD-KJM**
   California corporation, doing business as
12 BYLIN ENGINEERED SYSTEMS,               **STIPULATION AND ORDER TO
                                           CONTINUE HEARING DATE ON**
13                 Plaintiff,              **PLAINTIFFS' MOTION TO DISMISS**

14        vs.                             "AS MODIFIED"

15 M&M GUTTERS, LLC, a Utah Limited
   Liability Company; THERMAL
16 TECHNOLOGIES, INC., a Utah Corporation;
   ROOF ICE MELT SYSTEMS, INC., a Utah
17 Corporation; and DOES 1 through 10,
   inclusive,
18
                  Defendants.
19

20

21        Pursuant to Local Rule 78-230(g), the Parties, through their counsel, hereby stipulate and

22 request that the hearing date on Plaintiffs' Motion to Dismiss (Dkt. 26) currently calendared for

23 February 8, 2008 be continued until **February 22, 2008** at 10:00 a.m.  All briefing on the

24 motion shall comply with Local Rule 78-230 and the new hearing dates.   The hearing date of

25 February 22, 2008 has been determined to be available.

26        This is the first request for a continuance and is sought because counsel for Defendant is

27 fully engaged in another matter at present.

28 ///

– 1 –
**STIPULATION AND ORDER FOR CONTINUANCE**

1 | ///

2 |      Respectfully submitted,

3

4 | DATED:  January 22, 2008             BULLIVANT HOUSER BAILEY PC

5 |                                   By:_____/s/ DANIEL N. BALLARD_____

6 |                                         Daniel N. Ballard
                                        Attorneys for Defendants

7

8 | DATED:  January 22, 2008             MILLSTONE PETERSON & WATTS, LLP
                                        *ATTORNEYS AT LAW*

9

10 |                                   By:_____/s/ GLENN W. PETERSON_____
                                        Glenn W. Peterson

11 |                                         Attorneys for Plaintiffs

12 |       **IT IS SO ORDERED.**

13 | DATED:  January 23, 2008

14

15

16 | FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER FOR CONTINUANCE**