1  Daniel N. Ballard, SBN 219223
   SEQUOIA COUNSEL PC
2  770 L Street, Suite 950
   Sacramento, California  95814
3  Telephone:      (916) 449-3950
   Facsimile:      (916) 200-0601
4  E-mail: dballard@sequoiacounsel.com

5  Attorney for Defendant THERMAL
   TECHNOLOGIES, INC.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  BYLIN HEATING SYSTEMS, INC., a          Case No.: 2:07-CV-00505-FCD-KJM
    California corporation, doing business as
    BYLIN ENGINEERED SYSTEMS,
12                                            **ORDER WITHDRAWING COUNSEL**
                    Plaintiff,
13
         vs.
14
    M&M GUTTERS, LLC, a Utah Limited
15  Liability Company; THERMAL
    TECHNOLOGIES, INC., a Utah Corporation;
16  ROOF ICE MELT SYSTEMS, INC., a Utah
    Corporation; and DOES 1 through 10,
17  inclusive,

18                  Defendants.

19  THERMAL TECHNOLOGIES, INC., a Utah
    Corporation,
20
                    Counterclaimant,
21
         vs.
22
    BYLIN HEATING SYSTEMS, INC., a
23  California corporation, doing business as
    BYLIN ENGINEERED SYSTEMS; ROOF
24  ICE MELT SYSTEMS, INCORPORATED,
    and Oregon corporation,
25
                    Counterdefendants,
26
         vs.
27
    ROERT BYLIN, an individual
28
                    Third-Party Defendant.

– 1 –

1    Pursuant to Local Rule 83-182(d) and California Rule of Professional Conduct 3-

2   700(C)(5), Attorney Daniel N. Ballard requests leave to withdraw as counsel for the remaining

3   Defendant and Counterclaimant Thermal Technologies, Inc.  ("Thermal Technologies").

4    Thermal Technologies has been, and currently is, represented in this matter by the

5   attorneys at the Sacramento law office of Bullivant Houser Bailey PC ("BHB").   In addition to

6   Attorney Ballard, two other BHB attorneys have appeared in this action:  Attorneys Taylor

7   Florence and Kathleen Kerekes.   See Dkt. No. 24.   Attorney Florence is the "lead attorney to

8   be noticed" under LR 83-182(c).

9    Attorney Ballard left BHB on June 30, 2008 and opened his own law practice.   Thermal

10   Technologies continued to be represented by the BHB attorneys, specifically Attorney Florence.

11   BHB hired Attorney Ballard as a contract attorney, under the supervision of the BHB attorneys,

12   to assist in their continued representation of Thermal Technologies.  Attorney Ballard is not co-

13   counsel with BHB and cannot file any documents on behalf of Thermal Technologies.

14    Attorney Ballard requests leave to formally withdraw as counsel for Thermal

15   Technologies in favor of BHB Attorneys Florence and Kerekes, who remain as counsel.

16   Thermal Technologies knowingly and freely assents to the withdrawal as evidenced by the

17   consent below.  CA Rule of Court 3-700(C)(5).

18    Respectfully Submitted,

19   DATED:  Nov. 4, 2008                    SEQUOIA COUNSEL PC

20                                      By:____/s/ DANIEL N. BALLARD_____
                                          Daniel N. Ballard
21                                         Attorney for Thermal Technologies, Inc.

22

23   DATED:  Nov. 4, 2008                    THERMAL TECHNOLOGIES, INC.

24                                      By:____/s/ MICHAEL GURR____(original signature retained by Attorney Ballard)
25                                         President, Thermal Technologies, Inc.

26   **IT IS SO ORDERED.**

27    DATED this 5th day of November, 2008.

28
                                      _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE